·JANUARY 21, 1960.

No. 673, Misc. MERKOURIS *v.* DICKSON, WARDEN, ET AL. Supreme Court of California. Certiorari denied. *George T. Davis* and *Michael D. Konomos* for petitioner.

JANUARY 25, 1960.

No. 25. HOFFMAN, U. S. DISTRICT JUDGE, *v.* BLASKI ET AL. Certiorari, 359 U. S. 904, to the United States Court of Appeals for the Seventh Circuit;

No. 26. SULLIVAN, CHIEF JUDGE, U. S. DISTRICT COURT, *v.* BEHIMER ET AL. Certiorari, 361 U. S. 809, to the United States Court of Appeals for the Seventh Circuit; and

No. 229. CONTINENTAL GRAIN Co. *v.* BARGE FBL–585 ET AL. Certiorari, 361 U. S. 811, to the United States Court of Appeals for the Fifth Circuit. The motion to postpone argument is granted. *Daniel V. O'Keeffe* on the motion.

No. 71. DE VEAU *v.* BRAISTED, DISTRICT ATTORNEY. Appeal from the Court of Appeals of New York. (Probable jurisdiction noted, *ante,* p. 806.) Consideration of the motion of appellee to dismiss the appeal as moot is postponed to the hearing of the case on the merits. *Thomas R. Sullivan* for appellee. *Thomas W. Gleason* for appellant.

No. 430, Misc. KOENIG *v.* POWELL, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.